UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                          **CASE NO. 4:18-CR-00356-01 BSM**

**RAYMOND TYLER FULLER**                                                                **DEFENDANT**

## ORDER

The clerk is directed to close this case due to defendant Raymond Tyler Fuller's untimely death.

IT IS SO ORDERED this 1st day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE